UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

LePATNER & ASSOCIATES, LLP )     1:21-cv-03890-JSR
)
               Plaintiff, )
)
v. )
)     **ORDER TO STRIKE**
RSUI GROUP, INC., )
)
Defendant. )
----------------------------------------x

The court having docketed two orders to show cause, one with an incorrect hearing date (doc. 6), the Court respectfully directs the Clerk of Court to *strike document number 6 from the docket but retain the summary docket text for the record.*

The date for the telephonic hearing is June 30, 2021 at 2:00 p.m.

Dated: June 22, 2021

    New York, New York

                                                  SO ORDERED:

                                                  _____
                                                      U.S.D.J.