UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
LePATNER & ASSOCIATES, LLP )           1:21-cv-03890-JSR
                           )
              Plaintiff,   )
                           )
v.                         )
                           )           **ORDER TO STRIKE**
RSUI GROUP, INC.,          )
                           )
Defendant.                 )
------------------------------------------------x

The court having docketed multiple orders to show cause with incorrect hearing dates (doc. 7), the Court respectfully directs the Clerk of Court to ***strike document number 7 from the docket but retain the summary docket text for the record.***

The date for the telephonic hearing is June 28, 2021 at 11:00 a.m.

Dated: June 22, 2021

    New York, New York

SO ORDERED:

_____
U.S.D.J.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x
LePATNER & ASSOCIATES, LLP )
                    Plaintiff, )
v. )
RSUI GROUP, INC., )
Defendant. )
-----------------------------------------------x

1:21-cv-03890-JSR

**ORDER TO SHOW CAUSE**

Upon the Declaration of Barry B. LePatner, sworn to on April 30, 2021, and upon the copy of the attached Complaint. it is ORDERED, that the above-named defendant show before this Court on June 28, 2021 at 11:00 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule of the Federal Rules of Civil Procedure compelling the Defendant to comply fully with its obligations to provide a full and immediate defense to Plaintiff in connection with an underlying action pending in the Superior Court of the State of Connecticut; and it is further

ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon the Defendant or its attorney on or before June 23, 2021, by 11:00 a.m. and that such service be deemed good and sufficient.

Dated: New York, New York
       6/22/, 2021

_____
United States District Judge