UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
LePATNER & ASSOCIATES, LLP    )         1:21-cv-03890-JSR
                              )
        Plaintiff,            )
                              )         **ORDER**
v.                            )
                              )
RSUI GROUP, INC.,             )
                              )
        Defendant.            )
---------------------------------x

Following the order to show cause hearing conducted on July 19, 2021, the order to show cause, ECF No. 10, is denied without prejudice.

Dated: New York, New York
July 19, 2021

_____
Jed S. Rakoff, U.S.D.J.