**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEPATNER AND ASSOCIATES, LLP,

                    Plaintiff,

      -against-                              21 **CIVIL** 3890 (JSR)

                                                  **JUDGMENT**

RSUI GROUP, INC.,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 14, 2022, plaintiff's motion for summary judgment is hereby denied, and defendant's motion for summary judgment is hereby granted, dismissing the complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 14, 2022

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                            **BY:**
                                                         **Deputy Clerk**